USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
KNOAH SOLUTIONS, INC.,

                     Plaintiff,

    -against-

ASKSUNDAY LLC and
AVINASH G. SAMUDRALA,

                     Defendants.
-----------------------------------------------------------------x

Civ. Action No.
12-CV-7608 (NRB)(AJP)

**EX PARTE**
**ORDER TO SHOW CAUSE**

      Upon the declaration of Plaintiff's representative, Ralph Barletta, declared under penalty of perjury on the 1st day of October 2012, the Affidavit of Marshall T. Potashner dated 12th day of October 2012, and all exhibits thereto, the Memorandum of Law in Support of Plaintiff's Motion for an Order of Attachment and Temporary Restraining Order, and upon the copy of the complaint hereto annexed, it is

      **ORDERED,** that the above named defendants show cause before The Honorable Judge Buchwald, Courtroom 21A, United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on October _31_, 2012, at _4:00_ o'clock in the _after_ noon thereof, or as soon thereafter as counsel may be heard, why an order should not be made and entered pursuant to Rule 65 of the Federal Rules of Civil Procedure

      (1) for an Order of Attachment pursuant to Fed. R. Civ. P. 64 and 65(b) and C.P.L.R. §§ 6201(1) and (3) directing the Sheriff of any county of the City of New

York to levy upon such money, property, or other assets in which the defendants have an interest up to the amount of $365,316.04 plus interest from August 27, 2012; and

~~(2) issuing a temporary restraining order pursuant to Fed. R. Civ. P. 64 and 65(b) and C.P.L.R. § 6210 restraining and enjoining the defendants and their officers, employees, agents, garnishees and any and all other persons acting in concert with them, from spending, transferring, dissipating or otherwise disposing of such money, property or other assets in which the defendants have an interest up to the amount of $365,316.04, plus interest from August 27, 2012; and it is further~~

**ORDERED** that, sufficient reason having been shown therefor, pending the hearing of plaintiff's application for an Order of attachment ~~and temporary restraining order~~, pursuant to Rule 65, Fed. R. Civ. P., the defendant AskSunday LLC and ~~their~~ its officers, employees, agents, ~~garnishees~~ and any and all other persons acting in concert with ~~them~~ it, are temporarily restrained and enjoined from spending, transferring, dissipating or otherwise disposing of such money, property or other assets in which AskSunday LLC has ~~the defendants have~~ an interest up to the amount of $365,316.04, plus interest from August 27, 2012; and it is further

**ORDERED** that security in the amount of $10,000. be posted by the Plaintiff Knoah Solutions, Inc. prior to October 24, 2012, at 4:00 o'clock in the afternoon of that day; and it is further,

ORDERED that any papers in opposition be filed no later than 3:00pm on October 29, 2012 and that two hard copies be delivered to Chambers (Room 2270) by the same date and time

Exhibit 1    Exhibit 2    Exhibit 3    Exhibit 4    Exhibit 5    Exhibit 6

ORDERED that personal service of a copy of this order and annexed affidavit upon the defendants or their counsel on or before _5:00_ o'clock in the _afternoon_, October _23_, 2012 shall be deemed good and sufficient service thereof.

DATED: _October 17, 2012_ New York, New York

ISSUED: _11:45 am_

_[signature]_
United States District Judge

3

Exhibit 1  Exhibit 2  Exhibit 3  Exhibit 4  Exhibit 5  Exhibit 6