AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| KNOAH SOLUTIONS, INC. | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Case No.   12-CV-7608 (NRB)(AJP) |
| ASKSUNDAY LLC and AVINASH G. SAMUDRALA | ) |
| Defendant | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Avinash G. Samudrala

Date:   10/24/2012

*Attorney's signature*

Michael Mantell   MM6342
*Printed name and bar number*

60 East 42nd Street, Suite 1638
New York, New York  10165
*Address*

michaelmantell@mantelllaw.com
*E-mail address*

(212) 750-3896
*Telephone number*

(212) 768-2766
*FAX number*