```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1-8-2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
KNOAH SOLUTIONS, INC.,

        Plaintiff,

-against-

ASKSUNDAY LLC and
AVINASH G. SAMUDRALA,

        Defendants.
------------------------------------------------------------x

Civil Action No.
12-CV-7608(NRB)(AJP)

**STIPULATION OF
PARTIAL DISMISSAL
WITHOUT PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that the claims in the Amended Complaint against defendant ASKSUNDAY LLC ("AskSunday") shall be, and hereby are, dismissed, without prejudice and without costs to any party, that this stipulation does not affect the claims against defendant AVINASH G. SAMUDRALA ("Samudrala"), and that any applicable statute or period of limitations as against AskSunday is tolled and stayed from October 11, 2012 (the date this action was commenced) until the claims against Samudrala are dismissed or the action against him is otherwise closed.

Dated:  New York, New York
          January 2, 2013

JAFFE & ASHER LLP

By: _____
    Marshall T. Potashner, Esq.
Attorneys for Plaintiff
KNOAH SOLUTIONS, INC.
600 Third Avenue, 9th Floor
New York, New York 10016
(212) 687-3000

TAFT STETTINIUS & HOLLISTER LLP

By: _____
~~W. Stuart Dornett, Esq.~~ Gerald S. Greenberg, Esq.
Attorneys for Defendant
ASKSUNDAY LLC
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202
(513) 381-2838

**SO ORDERED:**

_____
Hon. Naomi R. Buchwald, U.S.D.J.

1/7/13